**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re: NCI APPAREL, INC. § Case No. 2:18-bk-13245 WB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Howard M. Ehrenberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,149.72 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $13,929.28 | | |

3) Total gross receipts of $15,079.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,079.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $13,929.28 | $13,929.28 | $13,929.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $300.00 | $800.00 | $800.00 | $800.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $348,000.00 | $7,579.00 | $7,579.00 | $349.72 |
| **TOTAL DISBURSEMENTS** | $348,300.00 | $22,308.28 | $22,308.28 | $15,079.00 |

4) This case was originally filed under chapter 7 on 03/23/2018. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2020          By: /s/ Howard M. Ehrenberg
                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inventory | 1129-000 | $7,500.00 |
| Adversary case 2:19-ap-01038 | 1241-000 | $7,579.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,079.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Howard M. Ehrenberg | 2100-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Attorney for Trustee Fees - SulmeyerKupetz | 3110-000 | NA | $7,797.50 | $7,797.50 | $7,797.50 |
| Attorney for Trustee, Expenses - SulmeyerKupetz | 3120-000 | NA | $57.40 | $57.40 | $57.40 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - International Sureties, LTD. | 2300-000 | NA | $6.36 | $6.36 | $6.36 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $842.37 | $842.37 | $842.37 |
| Accountant for Trustee Fees (Other Firm) - Menchaca & Company LLP | 3410-000 | NA | $2,862.00 | $2,862.00 | $2,862.00 |
| Accountant for Trustee Expenses (Other Firm) - Menchaca & Company LLP | 3420-000 | NA | $13.65 | $13.65 | $13.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,929.28 | $13,929.28 | $13,929.28 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Franchise Tax Board | 5800-000 | $300.00 | $800.00 | $800.00 | $800.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $300.00 | $800.00 | $800.00 | $800.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Law Offices of William L. Niu | 7200-000 | NA | $7,579.00 | $7,579.00 | $349.72 |
| N/F | Ann Hon | 7100-000 | $348,000.00 | NA | NA | NA |
| N/F | Herman Yee c/o Brian E Soriano, Esq. | 7100-000 | $0.00 | NA | NA | NA |
| | TOTAL GENERAL UNSECURED CLAIMS | | $348,000.00 | $7,579.00 | $7,579.00 | $349.72 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 2:18-bk-13245 WB
**Case Name:** NCI APPAREL, INC.
**For Period Ending:** 02/06/2020

**Trustee Name:** (001420) Howard M. Ehrenberg
**Date Filed (f) or Converted (c):** 03/23/2018 (f)
**§ 341(a) Meeting Date:** 04/18/2018
**Claims Bar Date:** 09/14/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Inventory<br>EOD 11/27/18 sale of inventory [Doc 22} | 9,915.00 | 9,915.00 | | 7,500.00 | FA |
| 2 | Adversary case 2:19-ap-01038 (u)<br>Notice of Voluntary Dismissal of Adversary Proceeding 4/11/19<br>vs. William L. Niu, William L. Niu, A Professional Law Corporation aka Law Offices of William L. Niu | 0.00 | 7,579.00 | | 7,579.00 | FA |
| 2 | **Assets Totals (Excluding unknown values)** | **$9,915.00** | **$17,494.00** | | **$15,079.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Tax returns filed and tax due will be paid in full.  Claims allowed as filed.  Court costs received.  Professional fee applications filed with the court.  Trustee has made a voluntarily reduction to his compensation.  (10/9/19)

Trustee determined that one payment was made pre-petition.  Those funds were paid back to the estate after the complaint was filed.  Trustee has filed an application to employ accountant with the court.  Once the final tax returns are filed, trustee will start to close the case.  At this time, the ETFR date will be changed to December 31, 2019.  (6/30/19)

The debtor listed inventory as the only asset.  Trustee requested financial documents for review.  Claims bar date has been set. No accountant is needed at this time. The estimated date for filing a final report is June 30, 2019. (6/30/18)

**Initial Projected Date Of Final Report (TFR):** 06/30/2019    **Current Projected Date Of Final Report (TFR):** 11/19/2019 (Actual)

**Form 2**

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| **Case No.:** | 2:18-bk-13245 WB | **Trustee Name:** | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| **Case Name:** | NCI APPAREL, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***3292 | **Account #:** | ******9900 Checking |
| **For Period Ending:** | 02/06/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/08/18 | {1} | Ann Yin-Nei Hon | purchase inventory | 1129-000 | 7,500.00 | | 7,500.00 |
| 02/01/19 | 101 | International Sureties, LTD. | bond premium | 2300-000 | | 4.38 | 7,495.62 |
| 04/05/19 | {2} | William L. Niu, Esq. | settlement | 1241-000 | 7,579.00 | | 15,074.62 |
| 05/31/19 | 102 | International Sureties, LTD. | bond premium | 2300-000 | | 1.98 | 15,072.64 |
| 12/26/19 | 103 | Howard M. Ehrenberg | EOD 12/20/19 final order [Doc 45] | 2100-000 | | 2,000.00 | 13,072.64 |
| 12/26/19 | 104 | SulmeyerKupetz | EOD 12/20/19 final order [Doc 45] | | | 7,854.90 | 5,217.74 |
| | | SulmeyerKupetz | fees $7,797.50 | 3110-000 | | | |
| | | SulmeyerKupetz | expenses $57.40 | 3120-000 | | | |
| 12/26/19 | 105 | Menchaca & Company LLP | EOD 12/20/19 final order [Doc 45] | | | 2,875.65 | 2,342.09 |
| | | Menchaca & Company LLP | fees $2,862.00 | 3410-000 | | | |
| | | Menchaca & Company LLP | expenses $13.65 | 3420-000 | | | |
| 12/26/19 | 106 | United States Bankruptcy Court | court costs | 2700-000 | | 350.00 | 1,992.09 |
| 12/26/19 | 107 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $842.37; Claim # 2; Filed: $842.37 | 2820-000 | | 842.37 | 1,149.72 |
| 12/26/19 | 108 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $800.00; Claim # 1; Filed: $800.00 | 5800-000 | | 800.00 | 349.72 |
| 12/26/19 | 109 | Law Offices of William L. Niu | Distribution payment - Dividend paid at 4.61% of $7,579.00; Claim # 3; Filed: $7,579.00 | 7200-000 | | 349.72 | 0.00 |
| | | | **COLUMN TOTALS** | | 15,079.00 | 15,079.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,079.00 | 15,079.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,079.00** | **$15,079.00** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 2:18-bk-13245 WB | **Trustee Name:** | Howard M. Ehrenberg (001420) | |
| **Case Name:** | NCI APPAREL, INC. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***3292 | **Account #:** | ******9900 Checking | |
| **For Period Ending:** | 02/06/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9900 Checking | $15,079.00 | $15,079.00 | $0.00 |
| | **$15,079.00** | **$15,079.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)